IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRY MEANS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 11-cv-321-bbc

PETER HUIBREGTSE, Warden,
Wisconsin Secure Program Facility,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Jerry Means for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust his state court remedies.

By: L. Jensen, Deputy Clerk       8/16/2011

Peter Oppeneer, Clerk of Court      Date